**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

**MOAMMAR BADAWI DOKHAN, et al.,**

    **Petitioners,**

        **v.**                                **Civil Action No. 08-0987 (JDB)**

**GEORGE W. BUSH, et al.,**

    **Respondents.**

---

**ORDER**

Upon review of respondents' notice of transfer, it is hereby **ORDERED** that petitioner

show cause, in writing and by not later than September 30, 2009, why his habeas petition should

not be dismissed.  It is further **ORDERED** that [153] the Stipulation and Order, filed under seal

on August 25, 2009, is hereby unsealed.

    **SO ORDERED**.


                                                        /s/

                                       JOHN D. BATES
                               United States District Judge


Dated:   September 1, 2009